BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
MICHAEL W. MITCHELL, TEXAS STATE BAR NO. TX24037126
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

**U.S. COURTS**

MAY 15 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAELEEN RAE HERRON, <br><br> Defendant. | Case No. **CR-18-0171-N-BLW** <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 641 |

The Grand Jury charges:

### COUNT ONE

**Theft of Public Money**
**18 U.S.C. § 641**

On or about October 20, 2016, in the District of Idaho, the defendant, MICHAELEEN HERRON, did knowingly steal and purloin money of the United States and any department and agency thereof, not exceeding the sum of $1,000, namely: money deposited into United States Forest Service fee tubes as payment for recreational fees; all in violation of Title 18, United States Code, Section 641.

INDICTMENT - 1

DATED this 15th day of May, 2018.

                                              A TRUE BILL

                                              */s/ [signature on reverse]*

                                              _____

                                              FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
MICHAEL W. MITCHELL
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2